

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2020

No. 04-19-00861-CV

In the Matter of **J.C.W.G.,**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-02-13115-CR
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellee's second motion for an extension of time to file its brief is
GRANTED. Appellee's brief is due on or before **May 4, 2020**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 21st day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court